UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CHERYL GAGNON,**<br><br>　　　　　**Plaintiff,**<br>v.<br><br>**CLIENT SERVICES, INC., COLE EDWARDS, and JOHN DOE, Individually and Jointly,**<br><br>　　　　　**Defendants.** | **CASE NO: CV - 09-12342**<br>**HON. GERALD E. ROSEN**<br>**MAG. JUDGE MICHAEL HLUCHANIUK** |

## NOTICE OF SETTLEMENT AGREEMENT

NOTICE IS HEREBY GIVEN THAT THE CASE IS RESOLVED and that the final dismissal documents will be filed forthwith upon payment of the settlement check to the Plaintiff.

Dated: March 15, 2010

Respectfully submitted,

**REX ANDERSON PC**

By: /s/   Rex C. Anderson
Rex C. Anderson, Esq. (P47068)
9459 Lapeer Rd
Davison MI 48423
Telephone:  (810) 653-3300
Facsimile: (810) 658-2510
rex@rexandersonpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2010, a copy of the above document was filed with the Clerk of the Court using the Court's Electronic Filing System which will send notice of said filing to the following:

jbolton@clarkhill.com

　　/s/ Rex C. Anderson
Rex C. Anderson, Esq. (P47068)
Attorney for Plaintiff
9459 Lapeer Rd
Davison MI 48423
Telephone:  (810) 653-3300
rex@rexandersonpc.com