## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

CHERYL GAGNON,

    Plaintiff,

-vs-

CLIENT SERVICES, INC., COLE EDWARDS, and JOHN DOE 1,

    Individually and Jointly,
    Defendants.

Case No: 2:09-CV-12342
Hon. Gerald E. Rosen
Mag. Judge Michael Hluchaniuk

## STIPULATED ORDER OF DISMISSAL

Upon stipulation of the parties:

**IT IS ORDERED** that Plaintiff's complaint against Defendants is dismissed, with prejudice, and without costs.

    s/Gerald E. Rosen
    United States District Court Judge

Dated: March 25, 2010

Stipulated and agreed this 22nd day of February, 2010:

/s/ Rex C. Anderson
Rex C. Anderson (P47068)
REX C. ANDERSON PC
Attorneys for Plaintiff

/s/Jordan S. Bolton
Jordan S. Bolton (P66309)
CLARK HILL PLC
Attorneys for Defendants

6318296.1 28246/130903